**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Husam SAMARAH, Defendant–Appellant.**

No. 07–50206.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 13, 2010.

Peter A. Frandsen, Esq. Fax, Michael J. Raphael, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Phillip I. Bronson, Esq., Law Offices of Phillip I. Bronson, Sherman Oaks, CA, for Defendant–Appellant.

Before: GOODWIN, WALLACE, and LEAVY, Circuit Judges.

MEMORANDUM **

Husam Samarah appeals from the 87–month sentence reimposed following a limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073, 1079 (9th Cir. 2005) (en banc). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Samarah's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Samarah has filed a pro se supplemental opening brief and reply brief, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Samarah's pro se motion for admission of new evidence is **DENIED.**

Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).